IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSWALD THOMPSON, JR., individually and on behalf of all others similarly situated, et al.<br><br>　　Plaintiffs,<br>v.<br><br>SHERIFF THEODORE JACKSON, et al.,<br><br>　　Defendants. | CIVIL ACTION<br>1:16-CV-04217-RWS |

### Order on Plaintiffs' Consent Motion for Extension of Time to File Reply

This action having come before the Court on Plaintiffs' Consent Motion for Extension of Time to File Reply, and for good cause shown, it is ORDERED that Plaintiffs' Motion is GRANTED and that Plaintiffs have a new deadline of **August 25, 2017**, on which to file their Reply in Support of their Motion to Certify Class.

So ORDERED this ___ Day of August, 2017.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. RICHARD W. STORY
　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　Northern District of Georgia