IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSWALD THOMPSON, JR., individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br>v.<br><br>SHERIFF THEODORE JACKSON, et al.,<br><br>Defendants. | CIVIL ACTION<br>1:16-CV-04217-RWS |

### Plaintiffs' Consent Motion for Extension of Time to File Reply

Plaintiffs hereby respectfully request that the Court extend their time to file a Reply in Support of their Motion to Certify Class. Plaintiffs filed their Motion to Certify Class on July 3, 2017. (Doc. 19.) Defendants filed their Response on August 2, 2017 (Doc. 26), after the Court granted Defendants' consented-to motion to extend their deadline by 16 days (Docs. 22, 24).

Plaintiffs here ask that the Court grant them an additional nine days to file a Reply in Support of their Motion to Certify Class. Under L.R. 7.1(C), Plaintiffs' deadline to file their Reply is August 16, 2017 – 14 days after Defendants' Response. Plaintiffs request that the Court grant them an additional nine days – until **August 25, 2017** – to file their Reply.

1

This request is not filed for the purpose of delay, and this is Plaintiffs' first request for an extension. Plaintiffs request this extension because, within the time required for Plaintiffs to file a Reply, counsel for Plaintiffs has had summary judgment briefing to complete and oral argument to perform in an unrelated state court litigation, a response brief to draft and submit in an unrelated federal litigation, as well as mediation to conduct in one federal wrongful death case and depositions in another federal wrongful death case.

Plaintiffs have consulted with Defendants and Defendants consent to this request.

This 15th Day of August, 2017.

**HORSLEY BEGNAUD, LLC**

/s/ Mark Begnaud

Mark Begnaud
Georgia Bar No. 217641
mbegnaud@gacivilrights.com
Nathanael A. Horsley
Georgia Bar No. 367832
nhorsley@gacivilrights.com

750 Hammond Drive,
Building 12, Suite 300
Atlanta, Ga 30328
770-765-5559
404-612-0018(f)

**STERN LAW, LLC**

                                    /s/ Jessica Stern

                                    Jessica Stern
Georgia Bar No. 107308
jessica@sternlawfirm.us
Laura Glass-Hess
Georgia Bar No. 547555
laura@sternlawfirm.us

1100 Spring Street, NW
Suite 770
Atlanta, GA 30309
404-990-4112
404-990-4936 (f)

3

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Plaintiffs does hereby certify that he has this date served a copy of the within **Plaintiffs' Consent Motion for Extension of Time to File Reply** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants:

Kaye Woodard Burwell
kaye.burwell@fultoncountyga.gov

Nancy Ladson Rowan
nancy.rowan@fultoncountyga.gov

Patrise M. Perkins-Hooker
patrise.hooker@fultoncountyga.gov

Ashley Jenell Moore Palmer
Ashley.Palmer@fultoncountyga.gov

OFFICE OF FULTON COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303

This 15th day of August, 2017.

Respectfully submitted,

/s/ Mark Begnaud
Mark Begnaud
Georgia Bar No. 217641
HORSLEY BEGNAUD, LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, Ga 30328
770-765-5559