## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

OSWALD THOMPSON JR.,                :
Individually and on behalf of all          :
others similarly situated, et al.,           :
                                                        :
    Plaintiffs,                            :          CIVIL ACTION FILE NO
                                                        :          1:16-CV-4217-RWS
v.                                                      :
                                                        :
SHERIFF THEODORE JACKSON,  :
CHIEF MARK ADGER                      :
                                                        :
    Defendants.                           :

## NOTICE TO DEPOSE TOMMIE DOUGLAS

To:   Mark Begnaud, Esq.
      Horsley Begnaud, LLC
      750 Hammond Drive
      Building 12, Suite 300
      Atlanta, Georgia  30328

      Jessica Stern, Esq.
      Stern Law, LLC.
      1100 Spring Street, N.W.
      Suite 770
      Atlanta, Georgia 30309

    **PLEASE TAKE NOTICE** that Pursuant to the provisions of Fed. R. Civ. P.

30, Defendant will proceed to take the deposition of Plaintiff **Tommie Douglas**

before a duly authorized officer certified to administer oaths on **October 19, 2017,**

beginning at **1:00 p.m.**, at the Office of the Fulton County Attorney, 141 Pryor

Street, Suite 4038, Atlanta, Georgia 30303, for all purposes allowed by law including cross examination and use at trial, and continuing from day to day until completed. The deposition will be recorded by stenographic and may be videotaped.

Respectfully submitted, this 5th day of October, 2017.

Patrise Perkins-Hooker
COUNTY ATTORNEY
Georgia Bar No.: 572358

Kaye W. Burwell
Deputy County Attorney
Georgia State Bar No.:775060

Ashley J. Palmer
Senior Assistant County Attorney
Georgia Bar No. 603514

**/S/ Nancy L. Rowan**
Nancy L. Rowan
Assistant County Attorney
Georgia Bar No. 431076
Nancy.Rowan@fultoncountyga.gov

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, SW
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| OSWALD THOMPSON JR., | : | |
| Individually and on behalf of all | : | |
| others similarly situated, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION FILE NO |
| | : | 1:16-CV-4217-RWS |
| v. | : | |
| | : | |
| SHERIFF THEODORE JACKSON, | : | |
| CHIEF MARK ADGER | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

THIS CERTIFIES that on October 5, 2017, I have presented this document

in Times New Roman, 14 point type, and I have electronically filed the foregoing

**NOTICE TO DEPOSE TOMMIE DOUGLAS** with the Clerk of Court using the

CM/ECF system, and provided mail notification, via first class postage pre-paid, to

the following attorneys of records listed below:

Mark Begnaud
750 Hammond Drive,
Building 12, Suite 300
Atlanta, Georgia 30328

Jessica Stern
1100 Spring Street, NW
Suite 770
Atlanta, Georgia 30309

Respectfully submitted, this 5th day of October, 2017.

**/S/ Nancy L. Rowan**
Nancy L. Rowan
Assistant County Attorney
Georgia Bar No. 431076
Nancy.Rowan@fultoncountyga.gov

141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (Office)
(404) 730-6324 (Facsimile)

P:\CALitigation\Sheriff\THOMPSON, Oswald vs Theodore Jackson - 2015CV268206 &
1.16CV04217\Discovery\9.28.17 Notice to Depose Tommie Douglas.docx