**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| OSWALD THOMPSON JR., )<br>Individually and on behalf of all )<br>others similarly situated, et al., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF THEODORE JACKSON, )<br>CHIEF MARK ADGER )<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION FILE NO<br>1:16-CV-4217-RWS |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON and CHIEF MARK ADGER FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF STERLING PALMER** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and provided mail notification, via first class postage pre-paid, to the following attorneys of records listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive

Sterling Palmer 10

Building 12, Suite 300
Atlanta, GA 30328


Jessica Stern
STERN LAW, LLC
1100 Spring Street, NW
Suite 770
Atlanta, GA 30309

Respectfully submitted, this 21st day of November, 2017.


**/s/Nancy L.Rowan**
Nancy Ladson Rowan
Staff Attorney
Georgia Bar No. 431076


**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

Sterling Palmer 11