**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| OSWALD THOMPSON JR., Individually and on behalf of all others similarly situated, et al., )<br><br>Plaintiff, )<br><br>v. )<br><br>SHERIFF THEODORE JACKSON, CHIEF MARK ADGER )<br><br>Defendants. ) | CIVIL ACTION FILE NO<br>1:16-CV-4217-RWS |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON AND CHIEF MARK ADGER FIRST SET OF INTERROGATORIES TO PLAINTIFF OLUSEUS OSHINOWO** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the following attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, GA 30328

13

Jessica Stern
STERN LAW, LLC
1100 Spring Street, NW
Suite 770
Atlanta, GA 30309

Respectfully submitted, this 3rd day of January, 2018.

**/s/Nancy L. Rowan**
Nancy Ladson Rowan
Staff Attorney
Georgia bar No. 431076

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, GA 30303
(404) 612-0267 (Telephone)
(404) 730-6324 (Facsimile)