**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| OSWALD THOMPSON JR., | ) | |
| Individually and on behalf of all | ) | |
| others similarly situated, et al., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO |
| | ) | 1:16-CV-4217-RWS |
| v. | ) | |
| | ) | |
| SHERIFF THEODORE JACKSON, | ) | |
| CHIEF MARK ADGER | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON and CHIEF MARK ADGER FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TWON TRAMMELL** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive

8

Building 12, Suite 300
Atlanta, GA 30328


Jessica Stern
STERN LAW, LLC
1100 Spring Street, NW
Suite 770
Atlanta, GA 30309

Respectfully submitted, this 3rd day of January, 2018.


**/s/Nancy L.Rowan**
Nancy Ladson Rowan
Staff Attorney
Georgia Bar No. 431076


**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)

9