# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| OSWALD THOMPSON JR., )<br>Individually and on behalf of all )<br>others similarly situated, et al., )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>SHERIFF THEODORE JACKSON, )<br>CHIEF MARK ADGER )<br>  )<br>  Defendants. )<br>_____ ) | CIVIL ACTION FILE NO<br>1:16-CV-4217-RWS |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON and CHIEF MARK ADGER FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF DAEJA MITCHELL** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive

9

Building 12, Suite 300
Atlanta, GA 30328

Jessica Stern
STERN LAW, LLC
1100 Spring Street, NW
Suite 770
Atlanta, GA 30309

Respectfully submitted, this 10th day of January, 2018.

/s/Nancy L. Rowan
Nancy Ladson Rowan
Staff Attorney
Georgia Bar No. 431076

**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)