**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| OSWALD THOMPSON JR., Individually and on behalf of all others similarly situated, et al., | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION FILE NO 1:16-CV-4217-RWS |
| v. | ) ) | |
| SHERIFF THEODORE JACKSON, CHIEF MARK ADGER | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON AND CHIEF MARK ADGER FIRST SET OF INTERROGATORIES TO PLAINTIFF DARRION TRIP** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the following attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, GA 30328

12

Jessica Stern  
STERN LAW, LLC  
1100 Spring Street, NW  
Suite 770  
Atlanta, GA 30309  

Respectfully submitted, this 10th day of January, 2018.

                                     **/s/Nancy L. Rowan**  
                                     Nancy Ladson Rowan  
                                     Staff Attorney  
                                     Georgia bar No. 431076

**OFFICE OF THE COUNTY ATTORNEY**  
141 Pryor Street, S.W., Suite 4038  
Atlanta, GA 30303  
(404) 612-0267 (Telephone)  
(404) 730-6324 (Facsimile)