**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| OSWALD THOMPSON JR., Individually and on behalf of all others similarly situated, et al., ) ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO 1:16-CV-4217-RWS |
| v. ) ) | |
| SHERIFF THEODORE JACKSON, CHIEF MARK ADGER ) ) ) | |
| Defendants. ) ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON AND CHIEF MARK ADGER FIRST SET OF INTERROGATORIES TO PLAINTIFF TOMMIE DOUGLAS** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the following attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive
Building 12, Suite 300
Atlanta, GA 30328

Jessica Stern  
STERN LAW, LLC  
1100 Spring Street, NW  
Suite 770  
Atlanta, GA 30309  

Respectfully submitted, this 22nd day of January, 2018.

**/s/Nancy L. Rowan**
Nancy Ladson Rowan
Staff Attorney
Georgia bar No. 431076

**OFFICE OF THE COUNTY ATTORNEY**
141 Pryor Street, S.W., Suite 4038
Atlanta, GA 30303
(404) 612-0267 (Telephone)
(404) 730-6324 (Facsimile)