IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSWALD THOMPSON JR., )<br>Individually and on behalf of all )<br>others similarly situated, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF THEODORE JACKSON, )<br>CHIEF MARK ADGER )<br>)<br>Defendants. )<br>) | CIVIL ACTION FILE NO<br>1:16-CV-4217-RWS |

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing **DEFENDANTS' SHERIFF THEODORE JACKSON and CHIEF MARK ADGER FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF TOMMIE DOUGLAS** has been prepared in Times New Roman, 14 point type, as approved by the Court in L.R. 5.1C and that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will provide mail notification to the attorneys of record listed below:

Mark A. Begnaud
HORSLEY BEGNAUD LLC
750 Hammond Drive

9

Building 12, Suite 300
Atlanta, GA 30328


Jessica Stern
STERN LAW, LLC
1100 Spring Street, NW
Suite 770
Atlanta, GA 30309

Respectfully submitted, this 22nd day of January, 2018.


                                        **/s/Nancy L. Rowan**
                                        Nancy Ladson Rowan
                                        Staff Attorney
                                        Georgia Bar No. 431076


**OFFICE OF THE FULTON COUNTY ATTORNEY**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0267 (office)
(404) 730-6324 (facsimile)